UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA MARIE SOUZA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN N. CHASE,<br><br>    Defendant. | Case No. 1:24-cv-00413-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT LEAVE TO AMEND FOR FAILURE TO STATE A CLAIM<br><br>Docs. 1, 5 |

    Plaintiff Natasha Souza, proceeding pro se and in forma pauperis, initiated this action on April 5, 2024. Docs. 1, 3. Concurrent with filing her complaint, Plaintiff also sought an emergency hearing. *See* docket. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 29, 2024, the assigned magistrate judge screened Plaintiff's complaint and issued findings and recommendations recommending this action be dismissed without leave to amend for failure to state a cognizable claim. Doc. 5. The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one days after service. *Id.* at 6. Plaintiff did not file any objections, and the time to do so has passed. *See* docket.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 29, 2024 (Doc. 5) are ADOPTED IN FULL;
2. This action is DISMISSED without leave to amend due to Plaintiff's failure to state a cognizable claim; and
3. The Clerk of Court is directed to terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:     December 1, 2024

UNITED STATES DISTRICT JUDGE